# Court of Appeals
# of the State of Georgia

ATLANTA,  September 17, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0279.  PAMELA HUFF BROWN v. KWAME BROWN.**

The trial court entered an order modifying child custody and support.  The mother, Pamela Huff Brown, filed a motion to set aside the trial court's order on the grounds that she was not notified of the hearing and that the order did not include a parenting plan.  The trial court denied the motion, and the mother filed this direct appeal from that order.  We, however, lack jurisdiction.

An appeal from the denial of a motion to set aside on grounds authorized under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal.  OCGA § 5-6-35 (a) (8).  Although OCGA § 5-6-34 (a) (11) permits a direct appeal from all judgments or orders in "child custody cases," the issue raised on appeal governs whether a custody order may be appealed directly, and here the issue is not custody but whether the trial court properly denied the motion to set aside.  See *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017) (appeal from an order denying motion to set aside did not raise a custody issue on appeal).  Because the mother failed to follow the required procedure, her appeal is DISMISSED for lack of jurisdiction.

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/17/2018
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*